**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **47 Hops LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2144813** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2516 South 23rd Avenue** <br> **Yakima, WA 98903** <br> Number, Street, City, State & ZIP Code | **P.O. Box 10747** <br> **Yakima, WA 98909** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Yakima** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | <br> Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | **47hops.com** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 1 of 104

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4245__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in _this district?_**

Check all that apply:

- �■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____

  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999

- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000

- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 11, 2017**
_____
MM / DD / YYYY

*X* **/s/ Douglas MacKinnon**                    **Douglas MacKinnon**
_____           _____
Signature of authorized representative of debtor       Printed name

Title     **President**
_____

**18. Signature of attorney**

*X* **/s/ Nathan Riordan**                    Date  **August 11, 2017**
_____           _____
Signature of attorney for debtor                 MM / DD / YYYY

**Nathan Riordan**
_____
Printed name

**Riordan Law, PS**
_____
Firm name

**600 Stewart Street**
**Suite 1300**
**Seattle, WA 98101**
_____
Number, Street, City, State & ZIP Code

Contact phone   **206-903-0401**        Email address   **nate@riordan-law.com**

**33926**
_____
Bar number and State

Fill in this information to identify the case:

Debtor name      **47 Hops LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF WASHINGTON

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration      **Business Income and Expenses**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 11, 2017**      X /s/ Douglas MacKinnon
                                                      Signature of individual signing on behalf of debtor

                                                      **Douglas MacKinnon**
                                                      Printed name

                                                      **President**
                                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **47 Hops LLC**

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF WASHINGTON**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Annen Bros., Inc. 14358 Dominic Rd NE Mount Angel, OR 97362 | | **Agricultural product contract rejection claim** | | | | $0.00 |
| CLS Farms LLC 7810 Robillard Rd. Moxee, WA 98936 | | **Agricultural product contract rejection claim** | | | | $0.00 |
| Columbia State Bank CBC Yakima 10 N 5th Ave Yakima, WA 98902 | | | **Contingent** | | | $2,300,000.00 |
| Columbia State Bank CBC Yakima 10 N 5th Ave Yakima, WA 98902 | | **Inventory** | | $4,499,833.49 | $3,415,777.84 | $577,868.79 |
| Cornerstone Ranches, LLC Banner Bank Kennewick, WA 99336 | | **Agricultural product contract rejection claim** | | | | $0.00 |
| DER Hops LLC Banner Bank Yakima, WA 98902 | | **Agricultural product contract rejection claim** | | | | $0.00 |
| Green Acre Farms Inc. 6970 Fort Road Wapato, WA 98951 | | **Agricultural product contract rejection claim** | | | | $0.00 |
| Obendorf Hop Inc. 24034 Batt Corner Rd. Parma, ID 83660 | | **Agricultural product contract rejection claim** | | | | $0.00 |
| Roy Farms, Inc. 401 Walters Rd Moxee, WA 98936 | | **Agricultural product contract rejection claim** | | | | $600,701.64 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SloHops d.o.o.** **Latkova vas 45,** **SI-3312** **Prebold, Slovenia** | | **Agricultural product contract rejection claim** | | | | **$0.00** |
| **Stan Brulotte Loza Farms Inc.** **350 Brown Road** **Wapato, WA 98951** | | **Agricultural product contract rejection claim** | | | | **$0.00** |
| **Stone Brewing Co.** **2120 Harmony Grove Rd** **Escondido, CA 92029** | | **Sale contract** | | | | **$52,360.00** |
| **Wyckoff Farms Inc.** **Northwest Farm Credit Services, PCA** **Grandview, WA 98930** | | **Agricultural product contract rejection claim** | | | | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |

Debtor name    **47 Hops LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*............................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................................    $ _____ **4,301,156.30**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..........................................................................................    $ _____ **4,301,156.30**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **4,499,833.49**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................    +$ _____ **2,953,061.64**

4.   **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b     $ _____ **7,452,895.13**

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 8 of 104

Fill in this information to identify the case:

Debtor name      **47 Hops LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **Columbia Bank** | **Checking** | **5177** | **$1,396.48** |
| 3.2.  **Wells Fargo** | **Checking** | **1808** | **$92,718.48** |
| 3.3.  **Banner Bank** | **Checking** | **5918** | **$917.58** |
| 3.4.  **Wenokur Riordan PLLC** | **IOLTA** | **7255** | **$33,850.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                          **$128,882.54**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ☐ No. Go to Part 4.
- ☑ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **172,386.04**  -  **0.00**  = ....     **$172,386.04**

    face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     **204,918.28**  -  **0.00**  = ....     **$204,918.28**

    face amount          doubtful or uncollectible accounts

12.     **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$377,304.32**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ☑ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** | | | | |
| 22.     **Other inventory or supplies** Inventory | 8/9/17 | Unknown | Recent cost | $3,415,777.84 |

23.     **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.     **$3,415,777.84**

24.     **Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office Furniture** | **Unknown** | | **$7,500.00** |
| 40. | **Office fixtures**<br>**Indoor Steel Lightbox** | **Unknown** | | **$1,152.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Security Camera** | **Unknown** | | **$1,590.00** |
| | **Computers** | **Unknown** | | **$4,022.00** |
| | **TV Monitor & Receiver** | **Unknown** | | **$1,599.00** |
| | **Sonic Beam Speakers** | **Unknown** | | **$2,316.00** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $18,179.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 11 of 104

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Cat Walk | Unknown | | $10,502.00 |
| Clark ECX25 Forklift | Unknown | | $7,011.00 |
| Pellet Line | Unknown | | $42,894.00 |
| Air Compressor | Unknown | | $6,950.00 |
| Pellet Mill | Unknown | | $13,091.00 |
| Hop Bale Wgt. Machine | Unknown | | $660.00 |
| Bar Code Machine | Unknown | | $959.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$82,067.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

17-02440-FLK11   Doc 1   Filed 08/11/17   Entered 08/11/17 15:36:56   Pg 12 of 104

| | | | | | |
|---|---|---|---|---|---|
| acreage, factory, warehouse, apartment or office building, if available. | | | | | |
| 55.1. **MacKinnon Holdings LLC - Warehouse lease at 2301 Oak Ave, Yakima, WA 98903.** | **Possessory leasehold interest only** | $0.00 | N/A | | $0.00 |
| 55.2. **Marina D. Guryanova - Office lease at 2516 S. 23rd Ave, Yakima, WA 98903.** | **Possessory leasehold interest only** | $0.00 | N/A | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**47 Hops, LLC vs. Figueroa Mountain Brewing, LLC**
**Yakima County Superior Court**
**Case No. 16-2-02854-39**

**Attorneys for Defendant:**
**Halverson Northwest Law Group P.C.**
**PO Box 22550, Yakima, WA 98907**                                              **Unknown**

| Nature of claim | **Complaint for Damages for Breach of Contract** |
|---|---|
| Amount requested | **$0.00** |

---

| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
|---|---|---|
| | **47 Hops, LLC vs. Hops Canada**<br>**Yakima County Superior Court**<br>**Case No. 17-2-00974-39** | **$278,945.60** |

| Nature of claim | **Partial Default Judgment for Damages-- Breach of Contract** |
|---|---|
| Amount requested | **$278,945.60** |

---

| 76. | **Trusts, equitable or future interests in property** |
|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$278,945.60** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
□ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $128,882.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $377,304.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,415,777.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,179.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $82,067.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $278,945.60 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,301,156.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,301,156.30 |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 15 of 104

**Fill in this information to identify the case:**

Debtor name __47 Hops LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br><br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br><br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Columbia State Bank** | Describe debtor's property that is subject to a lien | $4,499,833.49 | $3,415,777.84 |
|---|---|---|---|---|
| | Creditor's Name | **Inventory and accounts** | | |
| | **CBC Yakima**<br>**10 N 5th Ave**<br>**Yakima, WA 98902** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | | ☐ No | | |
| | **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,499,833.49 |
|---|---|---|

**Part 2:      List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jason Ayres**<br>**Farleigh Wada Witt**<br>**121 SW Morrison St, Suite 600**<br>**Portland, OR 97204** | Line __2.1__ | |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 16 of 104

Fill in this information to identify the case:

Debtor name        **47 Hops LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address<br>**Annen Bros., Inc.**<br>**14358 Dominic Rd NE**<br>**Mount Angel, OR 97362**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2**   Nonpriority creditor's name and mailing address<br>**CLS Farms LLC**<br>**7810 Robillard Rd.**<br>**Moxee, WA 98936**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.3**   Nonpriority creditor's name and mailing address<br>**Columbia State Bank**<br>**CBC Yakima**<br>**10 N 5th Ave**<br>**Yakima, WA 98902**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,300,000.00** |
| **3.4**   Nonpriority creditor's name and mailing address<br>**Cornerstone Ranches, LLC**<br>**Banner Bank**<br>**Kennewick, WA 99336**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 17 of 104

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DER Hops LLC**
**Banner Bank**
**Yakima, WA 98902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Green Acre Farms Inc.**
**6970 Fort Road**
**Wapato, WA 98951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Obendorf Hop Inc.**
**24034 Batt Corner Rd.**
**Parma, ID 83660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600,701.64** |
|---|---|---|---|

**Roy Farms, Inc.**
**401 Walters Rd**
**Moxee, WA 98936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SloHops d.o.o.**
**Latkova vas 45, SI-3312**
**Prebold, Slovenia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stan Brulotte Loza Farms Inc.**
**350 Brown Road**
**Wapato, WA 98951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,360.00** |
|---|---|---|---|

**Stone Brewing Co.**
**2120 Harmony Grove Rd**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 18 of 104

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wyckoff Farms Inc.**
**Northwest Farm Credit Services, PCA**
**Grandview, WA 98930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,953,061.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,953,061.64 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
| State the term remaining | |
| List the contract number of any government contract | **515 Brewing Company**<br>**7700 University Ave**<br>**Clive, IA 50325** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
| State the term remaining | **2 Years** |
| List the contract number of any government contract | **1418-377**     **8th Wonder Brewery**<br>**2202 Dallas Street**<br>**Houston, TX 77003** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
| State the term remaining | **1 Year** |
| List the contract number of any government contract | **47-1517-853**     **Able Seedhouse and Brewery**<br>**1121 Quincy Street NE**<br>**Minneapolis, MN 55413** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
| State the term remaining | **4 Years** |
| List the contract number of any government contract | **Alvarado Street Brewery**<br>**426 Alvarado Street**<br>**Monterey, CA 93940** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Angry Erik Brewing**<br>**10 Millpond Drive Unit 8**<br>**Lafayette, NJ 07848** |
| | List the contract number of any government contract | **47-1618-767** | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Hop or Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Annen Bros., Inc.**<br>**14358 Dominic Rd NE**<br>**Mount Angel, OR 97362** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Appalachian Mountain Brewery**<br>**163 Boone Creek Drive**<br>**Boone, NC 28607** |
| | List the contract number of any government contract | **1317-268** | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Arizona Wilderness Brewing**<br>**721 N Arizona Ave**<br>**Gilbert, AZ 85233** |
| | List the contract number of any government contract | **47-1517-563** | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Austin Beerworks**<br>**3009 Industrial Terrace**<br>**Austin, TX 78758** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Bad Jimmys Brewing Co.**<br>**4358B NW Leary Way**<br>**Seattle, WA 98107** |
| | List the contract number of any | **1317-272** | |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 21 of 104

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | 4 Years | **Baere Brewing Co** |
| | List the contract number of any government contract | 47-1620-916 | **320 Broadway Unit E** **Denver, CO 80203** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | 2 Years | **Ballad Brewing Company** |
| | List the contract number of any government contract | 47-1618-799 | **600 Craghead Street** **Danville, VA 24541** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bank Brewing Co** |
| | List the contract number of any government contract | | **218 S. Main Street** **Hendricks, MN 56136** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | 1 Year | **Barley Forge Brewing Co.** |
| | List the contract number of any government contract | 47-1517-546R | **2957 Randolph Ave. Unit B** **Costa Mesa, CA 92626** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bauhaus Brew Lads** |
| | List the contract number of any government contract | | **1315 Tyler St. NE** **Minneapolis, MN 55413** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Bearded Iris Brewing Company LLC** **101 Van Buren St.** **Nashville, TN 37216** |
|---|---|---|---|

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 22 of 104

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | **1 Year** | |
| List the contract number of any government contract | _____ | |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **2 Years** | |
| | List the contract number of any government contract | **47-1618-862** | **Bent River Brewing Co.**<br>**512 24th Street**<br>**Rock Island, IL 61201** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **2 Years** | |
| | List the contract number of any government contract | **47-1518-750** | **Berkley Beer Company**<br>**17 Cotley Street**<br>**Berkely, MA 02779** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **3 Years** | |
| | List the contract number of any government contract | **47-1519-594** | **Berkshire Brewing Co.**<br>**12 Railroad Street**<br>**South Deerfield, MA 01373** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Big Frog Brewing Company**<br>**2122 Dayton Blvd.**<br>**Red Bank, TN 37415** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **2 Years** | |
| | List the contract number of any government contract | **47-1618-883** | **Big Rack Brew Haus**<br>**2475 Hiatt Apple Trail Road**<br>**Winterset, IA 50273** |

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 23 of 104

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Big Timber Brewing**<br>**1210 S. Davis Avenue**<br>**Elkins, WV 26241** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Bitter Brothers Brewing Co**<br>**4170 Morena Blvd.**<br>**San Diego, CA 92117** |
| | List the contract number of any government contract | **47-1617-819** | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Black Sands Brewing**<br>**701 Haight Street**<br>**San Francisco, CA 94117** |
| | List the contract number of any government contract | **47-1418-359** | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bloodline Brewing Co.**<br>**2480 Osage Ave**<br>**Santa Rosa, CA 95409** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Bluejacket Brewery**<br>**300 Tingey St. SE**<br>**Washington, DC 20003** |
| | List the contract number of any government contract | **1418-337** | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bog Iron Brewing Company**<br>**33 West Main Street Unit F**<br>**Norton, MA 02766** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 24 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Bowigens Beer Company**<br>**539 Freeman Street**<br>**Longwood, FL 32750** |
| | List the contract number of any government contract | **47-1418-414** | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Brasserie Dunham**<br>**3809 Rue Principale**<br>**Dunham, QC J0E 1M0 Canada** |
| | List the contract number of any government contract | **47-1420-836** | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Brew Culture Inc.**<br>**18 Armstrong Street Unit A**<br>**Bracebridge, BC P1L 1C1 Canada** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Bright Ideas Brewing**<br>**111 Mass MoCA Way**<br>**North Adams, MA 01247** |
| | List the contract number of any government contract | **47-1517-791** | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Broad Street Brewing**<br>**113 Broad Street**<br>**Reinbeck, IA 50669** |
| | List the contract number of any government contract | **47-1317-331** | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Buffalo Bayou Brewing Company**<br>**5301 Nolda Street**<br>**Houston, TX 77007** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 25 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **1 Year** |  |
| List the contract number of any government contract | **47-1517-547** |  |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |  |
| State the term remaining | **2 Years** | **Canton Brew Works LLC** |
| List the contract number of any government contract |  | **254 Princeton Street** **Canton, WI 48188** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |  |
| State the term remaining | **1 Year** | **Catskill Brewing Co.** **672 Old Route 17** |
| List the contract number of any government contract | **47-17-861** | **Livingston Manor, NY 12758** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |  |
| State the term remaining | **2 Years** | **Central Standard Brewing** **156 S. Greenwood** |
| List the contract number of any government contract | **47-1618-731** | **Wichita, KS 67211** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |  |
| State the term remaining |  | **Cerebral Brewing** **1477 Monroe Street** |
| List the contract number of any government contract |  | **Denver, CO 80206** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |  |
| State the term remaining | **1 Year** | **Cerveceria Encino** **Avenue Cuchuma 66-2** |
| List the contract number of any government contract | **47-1317-297R** | **Tecate, Baja California 21440** |

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 26 of 104

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Cerveceria Mamut** |
| | List the contract number of any government contract | **47-1517-558** | **Carrillo Puerto y o Tercera 8161** <br> **Zona Centro Tijuana, B.C., Mexico** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Chapman Crafted Beer Company** |
| | List the contract number of any government contract | | **123 N Cypress Street** <br> **Orange, CA 92866** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Chattahoochee Brewing Company** |
| | List the contract number of any government contract | | **4115 Sanfort Road** <br> **Phenix City, AL 36869** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Chestnut Brew Works LLC** |
| | List the contract number of any government contract | | **444 Brockway Avenue** <br> **Morgantown, WV 26508** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Clipper City Brewing** |
| | List the contract number of any government contract | | **4615 Hollins Ferry Road #B** <br> **Baltimore, MD 21227** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Hop or Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **CLS Farms LLC** |
| | List the contract number of any | | **7810 Robillard Rd.** <br> **Moxee, WA 98936** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Community Beer Company** |
| | List the contract number of any government contract | 47-1416-466R | **1530 Inspiration Drive, Suite 200** **Dallas, TX 75207** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Comrade Brewing Co** |
| | List the contract number of any government contract | 47-1517-589 | **7667 E. Lliff Ave #F** **Denver, CO 80231** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Confluence Brewing Company** |
| | List the contract number of any government contract | | **1235 Thomas Beck Rd.** **Suite A** **Des Moines, IA 50315** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Hop or Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Cornerstone Ranches, LLC** |
| | List the contract number of any government contract | 471519207 | **Banner Bank** **Kennewick, WA 99336** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Coronado Brewing Co.** |
| | List the contract number of any government contract | 47-1517-816 | **170 Orange Ave** **Coronado, CA 92118** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Cottrell Brewing Co.** **100 Mechanic Street** **Pawcatuck, CT 06379** |
|---|---|---|---|

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 28 of 104



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **1 Year** | |
| List the contract number of any government contract    **47-1416-544** | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Council Brewing Company**<br>**7705 Convoy Court**<br>**San Diego, CA 92111** |
| | List the contract number of any government contract | **47-1518-848** | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Crime & Punishment Brewing Co.**<br>**2711 W. Girard Avenue**<br>**Philadelphia, PA 19130** |
| | List the contract number of any government contract | **47-1517-644** | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Crucible Brewing**<br>**4220 146th Pl. SW**<br>**Lynnwood, WA 98087** |
| | List the contract number of any government contract | **47-1517-580R** | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **D9 Brewing Co.**<br>**18627 Northline Drive, Unit E**<br>**Cornelius, NC 28036** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Dark City Brewing Company**<br>**801 Second Avenue**<br>**Asbury Park, NJ 07712** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

**Brewery Contract**

State the term remaining — **1 Year**

List the contract number of any government contract — **47-1517-525**

**Dark Sky Brewing Company
117 N. Beaver Stret Suite A
Flagstaff, AZ 86001**

---

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

**Brewery Contract**

State the term remaining — **2 Years**

List the contract number of any government contract — **47-1718-868**

**deBine Brewing Co
993 Florida Ave
Palm Harbor, FL 34683**

---

**2.58.** State what the contract or lease is for and the nature of the debtor's interest

**Brewery Contract**

State the term remaining — **1 Year**

List the contract number of any government contract — **1317-292**

**Deep Water Brewing Co.
PO Box 346
Blue Hill, ME 04614**

---

**2.59.** State what the contract or lease is for and the nature of the debtor's interest

**Brewery Contract**

State the term remaining

List the contract number of any government contract

**Departed Soles Brewing Co.
150 Bay St, Commercial Side
Suite 2A
Jersey City, NJ 07302**

---

**2.60.** State what the contract or lease is for and the nature of the debtor's interest

**Hop and Hop Products
Purchase Agreement**

State the term remaining — **4 Years**

List the contract number of any government contract

**DER Hops LLC
Banner Bank
Yakima, WA 98902**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest

**Brewery Contract**

State the term remaining

List the contract number of any

**Deschutes Brewery
210 NW 11th Avenue
Portland, OR 97209**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Door County Brewing Company** |
| | List the contract number of any government contract | | **2434 County Road F**<br>**Bailey's Harbor, WI 54202** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **DT Brewing Co.** |
| | List the contract number of any government contract | 1418-378 | **8250 Utah Street**<br>**Merrillville, IN 46410** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Due South Brewing** |
| | List the contract number of any government contract | 47-1517-513R | **2900 High Ridge Road #3**<br>**Boynton Beach, FL 33426** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Eagle Rock Brewery** |
| | List the contract number of any government contract | 47-1617-407R2 | **3056 Roswell Street**<br>**Los Angeles, CA 90065** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Emmetts Brewing Co** |
| | List the contract number of any government contract | 47-1517-693-REVISED | **110 N. Brockway St**<br>**Palatine, IL 60067** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Engine House No. 9 Brewing**<br>**611 North Pine Street**<br>**Tacoma, WA 98406** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | **3 Years** | |
| List the contract number of any government contract | **47-1419-400** | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Eureka Heights Brewing Company** |
| | List the contract number of any government contract | **47-1619-679R** | **941 W. 18th Street**<br>**Houston, TX 77008** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Exhibit A Brewing Company** |
| | List the contract number of any government contract | | **81 Morton Street**<br>**Framingham, MA 01702** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **F-Town Brewing Company LLC** |
| | List the contract number of any government contract | | **22 3th Street NE**<br>**Faribault, MN 55021** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Fernson Brewing Company** |
| | List the contract number of any government contract | | **1400 E. Robur Drive**<br>**Sioux Falls, SD 57104** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Figueroa Mountain Brewing Co.** |
| | List the contract number of any government contract | | **45 Industrial Way**<br>**Buellton, CA 93427** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.73.**   State what the contract or lease is for and the nature of the debtor's interest     **Brewery Contract**

     State the term remaining

     List the contract number of any government contract

**Flat Branch Pub and Brewing**
**115 S. 5th Street**
**Columbia, MO 65201**

---

**2.74.**   State what the contract or lease is for and the nature of the debtor's interest     **Brewery Contract**

     State the term remaining     **2 Years**

     List the contract number of any government contract

**Fonta Flora Brewing Co.**
**PO BOX 1541**
**Morganton, NC 28655**

---

**2.75.**   State what the contract or lease is for and the nature of the debtor's interest     **Brewery Contract**

     State the term remaining     **1 Year**

     List the contract number of any government contract     **47-1517-508**

**Fort George Brewery**
**1483 Duane Street**
**Astoria, OR 97103**

---

**2.76.**   State what the contract or lease is for and the nature of the debtor's interest     **Brewery Contract**

     State the term remaining

     List the contract number of any government contract

**Fort Point Beer Company**
**644 Mason Street**
**San Francisco, CA 94129**

---

**2.77.**   State what the contract or lease is for and the nature of the debtor's interest     **Brewery Contract**

     State the term remaining     **4 Years**

     List the contract number of any government contract     **47-1620-870**

**Four Corners Brewing Co.**
**423 Singleton Blvd.**
**Dallas, TX 75212**

---

**2.78.**   State what the contract or lease is for and the nature of the debtor's interest     **Brewery Contract**

     State the term remaining

     List the contract number of any

**Four Sons Brewing**
**18421 Gothard Street. #100**
**Huntington Beach, CA 92648**

---

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 33 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 1 Year | **Freak N' Brewing Company** |
| | List the contract number of any government contract | 47-1617-291R | **9299 W. Olive Ave Suite 513** **Peoria, AZ 85345** |

| | | | |
|---|---|---|---|
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 2 Years | **Front Range Hop Company** |
| | List the contract number of any government contract | | **1240 Ken Pratt Blvd.** **Longmont, CO 80501** |

| | | | |
|---|---|---|---|
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 2 Years | **Funky Buddha Brewery** |
| | List the contract number of any government contract | 47-1418-322 | **1201 NE 38th Street** **Oakland Park, FL 33334** |

| | | | |
|---|---|---|---|
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 2 Years | **Ghost Train Brewing Company Inc** |
| | List the contract number of any government contract | 47-1618-938 | **PO BOX 59113** **Birmingham, AL 35259** |

| | | | |
|---|---|---|---|
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | | **Gig Harbor Brewing** |
| | List the contract number of any government contract | | **3120 S Tacoma Way** **Suite A** **Tacoma, WA 98409** |

| | | | |
|---|---|---|---|
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Glacier Hops Ranch** **412 Main Street** **Kalispell, MT 59901** |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 34 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract _____

---

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Goldhorn Brewery** |
| | List the contract number of any government contract | 47-1417-506 | **1361 E. 55th Street**<br>**Cleveland, OH 44103** |

---

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **5 Years** | **Goshen Brewing Co.** |
| | List the contract number of any government contract | 47-1621-847 | **315 W. Washington Street**<br>**Goshen, IN 46526** |

---

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **5 Years** | **Great Basin Brewing Company** |
| | List the contract number of any government contract | | **1155 S. Rock Blvd #490**<br>**Reno, NV 89502** |

---

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Hop or Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Green Acre Farms Inc.** |
| | List the contract number of any government contract | 471620100 | **6970 Fort Road**<br>**Wapato, WA 98951** |

---

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Griffin Claw Brewing Company** |
| | List the contract number of any government contract | 47-1618-878 | **575 South Eaton Street**<br>**Birmingham, MI 48009** |

---

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 35 of 104

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.90.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining

List the contract number of any government contract

Half Full Brewery
43 Homestead Ave
Stamford, CT 06902

---

**2.91.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining — **2 Years**

List the contract number of any government contract — **47-1317-301**

Half Moon Bay Brewing Company
390 Capistrano Road
Half Moon Bay, CA 94019

---

**2.92.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining — **2 Years**

List the contract number of any government contract

Hardywood Park Craft Brewery
2408 Ownby Lane
Richmond, VA 23220

---

**2.93.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining — **2 Years**

List the contract number of any government contract

Headlands Brewing Co.
16 Forrest Street
Mill Valley, CA 94941

---

**2.94.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining

List the contract number of any government contract

Heritage Brewing
9436 Center Point Lane
Manassas, VA 20110

---

**2.95.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining — **2 Years**

List the contract number of any — **1418-339**

Hermitage Brewing Co.
1627 S. 7th Street
San Jose, CA 95112

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **High Hops Brewery** |
| | List the contract number of any government contract | | **6461 Hwy 392**<br>**Windsor, CO 80550** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Holy Mountain Brewing Co.** |
| | List the contract number of any government contract | | **1421 Elliott Ave W**<br>**Seattle, WA 98119** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **HomeBeer/Wine Cheese** |
| | List the contract number of any government contract | | **22836-2 Ventura Blvd**<br>**Woodland Hills, CA 91364** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Hop Heaven** |
| | List the contract number of any government contract | | **2005 10th Street**<br>**Baker City, OR 97814** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Hopco Pty. Ltd.** |
| | List the contract number of any government contract | | **58 Walana Street**<br>**Geilston Bay, TA 7015 Australia** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **HopHouse Brewing Supply**<br>**310 Jamaica Ave**<br>**Medford, NY 11763** |
|---|---|---|---|

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 37 of 104

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   |   |   |   |
|---|---|---|---|
| | State the term remaining | **2 Years** | |
| | List the contract number of any government contract | _____ | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **1 Year** | **Hops Canada**<br>**1397 Sunshine Court**<br>**Kamloops, BC Canada V2E 2P9** |
| | List the contract number of any government contract | _____ | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | | **Hutton & Smith Brewing**<br>**431 E. Martin Luther King Blvd.**<br>**Chattanooga, TN 37403** |
| | List the contract number of any government contract | _____ | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **4 Years** | **Island Brewing Company**<br>**5049 Sixth Street**<br>**Carpinteria, CA 93013** |
| | List the contract number of any government contract | **47-1520-820R** | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | | **Jailbreak Brewing Co.**<br>**9445 Washington Blvd N. Suite F**<br>**Laurel, MD 20723** |
| | List the contract number of any government contract | _____ | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | | **JJs Brewery and Beer Garden**<br>**3615 N. Steele Blvd**<br>**Fayetteville, AR 72703** |
| | List the contract number of any government contract | _____ | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **King Harbor Brewing Co** |
| | List the contract number of any government contract | | **2907 182nd Street**<br>**Redondo Beach, CA 90278** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Kirkwood Station Brewing** |
| | List the contract number of any government contract | **1317-401** | **105 E. Jefferson Ave**<br>**Kirkwood, MO 63122** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Kohola Brewery** |
| | List the contract number of any government contract | | **13929 Swiftrun Street**<br>**Moorpark, CA 93021** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **La Cabra Brewing** |
| | List the contract number of any government contract | | **240 Lancaster Avenue**<br>**Malvern, PA 01935** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Lickinghole Creek Craft Brewer** |
| | List the contract number of any government contract | **1317-349** | **4100 Knolls Point Drive**<br>**Goochland, VA 23063** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Lionstone Brewing Co** |
| | List the contract number of any | **47-1517-583** | **1225 S. Oakwood Ave**<br>**Geneseo, IL 61254** |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 39 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Liquid Mechanics**<br>**297 N US Hwy 287**<br>**Suite 100**<br>**Lafayette, CO 80026** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
|---|---|---|
| | State the term remaining | **4 Years** |
| | List the contract number of any government contract | **47-1617-551R**    **Logboat Brewing Co**<br>**504 Fay Street**<br>**Columbia, MO 65201** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Loma Brewing Company**<br>**130 N. Santa Cruz Ave Suite G**<br>**Los Gatos, CA 95030** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
|---|---|---|
| | State the term remaining | **1 Year** |
| | List the contract number of any government contract | **47-1417-462**    **Lord Hobo Brewing Company**<br>**5 Draper Street**<br>**Woburn, MA 01801** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
|---|---|---|
| | State the term remaining | **3 Years** |
| | List the contract number of any government contract | **CBC16-029**    **Lost 40 Brewing**<br>**501 Byrd Street**<br>**Little Rock, AR 72202** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract**    **Lucky Town Brewing Co.**<br>**PO BOX 1154**<br>**Jackson, MS 39215** |
|---|---|---|

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | **2 Years** |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Lupofresh Ltd.**
**Benover Road**
**Yalding, Kent ME18 6ET**

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**M.I.A. Brewing**
**10400 NW 33rd Street**
**Doral, FL 33172**

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse lease for 2301 Oak Avenue, Yakima, WA 98903.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**MacKinnon Holdings LLC**
**2410 Naches Heights Road**
**Yakima, WA 98908**

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** |
|---|---|---|
| | State the term remaining | **3 Years** |
| | List the contract number of any government contract | _____ |

**Manor Hill Brewing**
**4411 Manor Lane**
**Ellicott City, MD 21042**

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease for 2516 S 23rd Avenue, Yakima, WA 98903.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Marina D. Guryanova**
**2410 Naches Heights Road**
**Yakima, WA 98908**

   First Name             Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.124.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining

List the contract number of any government contract

**McKenzie Brew House**
**451 Wilmington Ave**
**West Chester Pike**
**Glen Mills, PA 19342**

**2.125.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining

List the contract number of any government contract

**Melvin Brewing Company**
**PO BOX 3314**
**Alpine, WY 83128**

**2.126.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining

List the contract number of any government contract

**Microbrasserie Archibald**
**1530 ave des Affaires**
**Quebec, Qc G3J 1Y8, Canada**

**2.127.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining — **2 Years**

List the contract number of any government contract

**Modern Times Beer**
**3725 Greenwood Street**
**San Diego, CA 92110**

**2.128.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining

List the contract number of any government contract

**Moscow Brewing Company**
**JSC, Vokzalnaya ploshad**
**2 Moscow Region, Russia**

**2.129.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

State the term remaining — **2 Years**

List the contract number of any    **47-1317-303R**

**Motorworks Brewing LLC**
**1014 9th Street W.**
**Bradenton, FL 34205**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 2 Years | **Moustache Brewing Co** |
| | List the contract number of any government contract | CBC16-040 | **400 Hallett Ave**<br>**Riverhead, NY 11901** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 2 Years | **Mudshark Brewing Co.** |
| | List the contract number of any government contract | 47-1618-865 | **PO BOX 3300**<br>**Lake Havasu City, AZ 86405** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 3 Years | **Music City Brew Supply** |
| | List the contract number of any government contract | 47-1519-648 | **PO BOX 2702**<br>**Hendersonville, TN 37077** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 2 Years | **New Bohemia Brewing Co.** |
| | List the contract number of any government contract | 1418-386 | **1030 41st Ave**<br>**Santa Cruz, CA 95062** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | 2 Years | **New Province Brewing** |
| | List the contract number of any government contract | 47-1518-669A | **1310 W. Hudson Road**<br>**Rogers, AR 72756** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **NoDa Brewing Co**<br>**2921 N. Tyron Street**<br>**Charlotte, NC 28206** |

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 43 of 104



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **NOLA Brewing Co.** |
| | List the contract number of any government contract | | **3001 Tchoupitoulas Street** |
| | | | **New Orleans, LA 70115** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **NWP Partners** |
| | List the contract number of any government contract | | **20810 Turku Finland** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Hop and Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Obendorf Hop Inc.** |
| | List the contract number of any government contract | | **24034 Batt Corner Rd.** |
| | | | **Parma, ID 83660** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Ocean Taps LLC** |
| | | | **dba Assawoman Bay Brewing Co.** |
| | List the contract number of any government contract | **47-1418-375R** | **4435-C Coastal Highway** |
| | | | **Ocean City, MD 21842** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Ocelot Brewing Company** |
| | List the contract number of any government contract | | **23600 Overland Dr. Suite #180** |
| | | | **Dulles, VA 20166** |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.141.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

     State the term remaining — **1 Year (filed Ch. 11)**

     List the contract number of any government contract — **47-1517-601**

**Old Boxar Brewing**
**dba Branchline Brewing**
**3633 Metro Parkway**
**San Antonio, TX 78247**

---

**2.142.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

     State the term remaining — **1 Year**

     List the contract number of any government contract

**Omaha Brewing Company**
**265 Brew Street**
**Omaha, GA 31821**

---

**2.143.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

     State the term remaining — **2 Years**

     List the contract number of any government contract — **1418-264B**

**Osgood Brewing**
**4051 Chicago Drive SW**
**Grandville, MI 49418**

---

**2.144.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

     State the term remaining

     List the contract number of any government contract

**Outer Banks Brewing Station**
**600 S Croatan Hwy**
**Kill Devil Hills, NC 27948**

---

**2.145.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

     State the term remaining — **3 Years**

     List the contract number of any government contract — **47-14-561**

**Paragon Brewing**
**5785 N Government Way**
**Coeur D Alene, ID 83815**

---

**2.146.** State what the contract or lease is for and the nature of the debtor's interest — **Brewery Contract**

     State the term remaining

     List the contract number of any

**Pearl Street Brewery**
**1401 Saint Andrew Street**
**La Crosse, WI 54603**

17-02440-FLK11     Doc 1     Filed 08/11/17     Entered 08/11/17 15:36:56     Pg 45 of 104

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Peter Bs BrewPub**<br>**2 Portola Plaza**<br>**Monterey, CA 93940** |
| | List the contract number of any government contract | **47-1517-559** | |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Poseidon Brewing Company**<br>**5777 Olivas Park Drive**<br>**Unit Q**<br>**Ventura, CA 93003** |
| | List the contract number of any government contract | | |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Potter's Ale House**<br>**Lake Stevens, WA** |
| | List the contract number of any government contract | | |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Powerhouse Brewery**<br>**454 East Main**<br>**Puyallup, WA 98372** |
| | List the contract number of any government contract | **47-1519-474** | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Ratio Beerworks**<br>**2920 Larimer Street**<br>**Denver, CO 80205** |
| | List the contract number of any government contract | **47-1418-591R** | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Realerevival Brewing**<br>**504 Poplar Street**<br>**Cambridge, MD 21613** |
|---|---|---|---|



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 2 Years | |
| | List the contract number of any government contract | _____ | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | Brewery Contract | |
| | State the term remaining | 2 Years | **Red Cypress Brewery** |
| | List the contract number of any government contract | 47-1518-765 | **855 E. State Road Unit 434**<br>**Winter Springs, FL 32708** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | Brewery Contract | |
| | State the term remaining | 2 Years | **Red Hills Brewing Company** |
| | List the contract number of any government contract | 47-1517-701 | **2823 Central Avenue Suite 107**<br>**Homewood, AL 35209** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | Brewery Contract | |
| | State the term remaining | 3 Years | **Red Horn Brewing** |
| | List the contract number of any government contract | CBC16-036 | **13010 W. Parmer Lane Suite 800**<br>**Cedar Park, TX 78613** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | Brewery Contract | |
| | State the term remaining | 1 Year | **Reformation Brewery** |
| | List the contract number of any government contract | 47-15-17-564 | **500 Arnold Mill Way**<br>**Woodstock, GA 30188** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | Brewery Contract | |
| | State the term remaining | | **Revolver Brewing** |
| | List the contract number of any government contract | | **5650 Matlock Road**<br>**Granbury, TX 76049** |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 47 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Right Proper Brewing Company** |
| | List the contract number of any government contract | **47-1619-436R** | **920 Girard Street NE** **Washington, DC 20017** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Riot Beer** |
| | List the contract number of any government contract | | **145 Sir Lowry Rd.** **Woodstock, Cape Town 8000** **South Africa** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Rockingham Brewing Co** |
| | List the contract number of any government contract | **47-1418-456** | **1 Corporate Park Drive Unit 1** **Derry, NH 03038** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Hop and Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Roy Farms, Inc.** |
| | List the contract number of any government contract | | **401 Walters Rd** **Moxee, WA 98936** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Rushing Duck Brewing Co** |
| | List the contract number of any government contract | | **1 Battiato Lane** **Chester, NY 10918** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Santa Clara Valley Brewing** |
| | List the contract number of any | | **101 E. Alma Avenue** **San Jose, CA 95112** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Scott Laboratories Ltd**<br>**950 Brock Road South Unit 1**<br>**Pickering, ON L1W 2A1 Canada** |
| | List the contract number of any government contract | | |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Scottsdale Beer Company**<br>**8608 E. Shea Blvd**<br>**Scottsdale, AZ 85260** |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Silver City Brewery**<br>**206 Katy Penman Ave**<br>**Bremerton, WA 98312** |
| | List the contract number of any government contract | 47-1618-849 | |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Singlecut Beersmiths**<br>**19-33 37th Street**<br>**Astoria, NY 11105** |
| | List the contract number of any government contract | 47-1520-859R | |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Six Ten Brewing**<br>**7052 Benjamin Road**<br>**Tampa, FL 33634** |
| | List the contract number of any government contract | CBC16-005 | |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Skewed Brewing**<br>**21182 Salmon Run Mall**<br>**Watertown, NY 13601** |
|---|---|---|---|

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **2 Years** |
| | List the contract number of any government contract | _____ |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Skookum Brewery** |
| | List the contract number of any government contract | _____ | **17925A 59th Ave NE** **Arlington, WA 98223** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Slack Tide Brewing** |
| | List the contract number of any government contract | _____ | **1072 New Jersey 83** **Clermont, NJ 08210** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Hop and Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **SloHops d.o.o.** |
| | List the contract number of any government contract | **471519247** | **Latkova vas 45, SI-3312** **Prebold, Slovenia** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Solemn Oath Brewery LLC** |
| | List the contract number of any government contract | **47-1618-784** | **1661 Quincy Ave # 179** **Naperville, IL 60540** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Sound Brewery** |
| | List the contract number of any government contract | **47-1518-278R** | **19479 Viking Avenue NW** **Poulsbo, WA 98370** |

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Springfield Brewing Co.** |
| | List the contract number of any government contract | **1317-323** | **305 S. Market Street**<br>**Springfield, MO 65806** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **St. Florian's Brewery** |
| | List the contract number of any government contract | | **7704-A Bell Road**<br>**Windsor, CA 95492** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Hop or Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Stan Brulotte Loza Farms Inc.** |
| | List the contract number of any government contract | | **350 Brown Road**<br>**Wapato, WA 98951** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Stone Brewing Company** |
| | List the contract number of any government contract | | **2611 Cabot Drive Suite 160**<br>**Corona, CA 92883** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Straight to Ale** |
| | List the contract number of any government contract | | **3200 Leeman Ferry Road**<br>**Huntsville, AL 35801** |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Take 16 Brewing Company** |
| | List the contract number of any | **47-1317-420R** | **509 East Main Street**<br>**Luverne, MN 56156** |

First Name              Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
|  | State the term remaining | | **TecBeer Com. Distr. Import** |
|  | List the contract number of any government contract | | **Export De Insumos LTDA Rua Osvaldo Scognamigilo 68 Mogi Das Cruzes, SP 08735-330 Brazil** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
|  | State the term remaining | **2 Years** | **Tenaya Creek Brewery** |
|  | List the contract number of any government contract | | **831 W. Bonanza Road Las Vegas, NV 89106** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
|  | State the term remaining | **3 Years** | **The Dudes' Brewing Company** |
|  | List the contract number of any government contract | **47-15-562** | **PO Box 276 Somis, CA 93066** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
|  | State the term remaining | **2 Years** | **The Hourglass Brewery** |
|  | List the contract number of any government contract | **47-1618-867** | **480 S. Ronald Reagan Blvd Suite 1020 Longwood, FL 32750** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
|  | State the term remaining | **3 Years** | **The Knuckle Brewing Company** |
|  | List the contract number of any government contract | **47-1619-894** | **918 2nd Street Sturgis, SD 57785** |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **The Ram Restaurant & Brewery 401 NE Northgate Way Suite 1102 Seattle, WA 98125** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **5 Years** | **The Virginia Beer Company** |
| | List the contract number of any government contract | 47-1521-842 | **401 Second Street** **Williamsburg, VA 23185** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Three Huskies Brewing** |
| | List the contract number of any government contract | | **401 Lakeshore Drive** **Canandaigua, NY 14424** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Three Palms Brewing** |
| | List the contract number of any government contract | 47-1418-290 | **1509 Hobbs Street** **Tampa, FL 33619** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Hop and Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Top Hop Ltd.** |
| | List the contract number of any government contract | | **Jilska 2, 1100 00** **Praha 1, Czech Republic** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Transmitter Brewing** |
| | List the contract number of any government contract | 47-1517-556 | **53-02 11th Street Suite A** **Long Island City, NY 11101** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Trap Door Brewing** |
| | List the contract number of any government contract | _____ | **2315 Main Street** **Vancouver, WA 98660** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Trickster's Brewing Co.** |
| | List the contract number of any government contract | _____ | **3850 Schreiber Way** **Coeur D Alene, ID 83815** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Triple C Brewing Co.** |
| | List the contract number of any government contract | **1418-279** | **2900 Grittith Street** **Charlotte, NC 28203** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Triple Voodoo Brewery & Tap Room** |
| | List the contract number of any government contract | **47-1517-643** | **2245 3rd Street** **San Francisco, CA 94107** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **True Vine Brewing** |
| | List the contract number of any government contract | _____ | **219 S. Englewood Ave** **Tyler, TX 75702** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Tuckahoe Brewing Company** |
| | List the contract number of any | **47-1520-832** | **3092 English Creek Ave** **Egg Harbor Township, NJ 08234** |

17-02440-FLK11　　Doc 1　　Filed 08/11/17　　Entered 08/11/17 15:36:56　　Pg 54 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    government contract

| | | |
|---|---|---|
| **2.198.** | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **4 Years** | |
| | List the contract number of any government contract | | **Turoni's Main Street Brewery**<br>**412 N. Main Street**<br>**Evansville, IN 47711** |

| | | |
|---|---|---|
| **2.199.** | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Twisted Trunk Brewking Co.**<br>**2000 PGA Blvd.**<br>**Suite 5506**<br>**Palm Beach Gardens, FL 33408** |

| | | |
|---|---|---|
| **2.200.** | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **1 Year** | |
| | List the contract number of any government contract | | **Twisted Vine Brewery**<br>**3021 St. Charles Road**<br>**Saint Charles, IA 50240** |

| | | |
|---|---|---|
| **2.201.** | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **2 Years** | |
| | List the contract number of any government contract | **1317-354** | **Uinta Brewing**<br>**1722 S. Fremont Drive**<br>**Salt Lake City, UT 84104** |

| | | |
|---|---|---|
| **2.202.** | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
| | State the term remaining | **2 Years** | |
| | List the contract number of any government contract | **47-1518-825** | **Unsung Brewing Co**<br>**1332 Bell Ave #2D**<br>**Tustin, CA 92780** |

| | | |
|---|---|---|
| **2.203.** | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Urban Growler Brewing Company**<br>**2325 Endicott Street Ste. 11**<br>**St. Paul, MN 55114** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **1 Year** | |
| List the contract number of any government contract **47-1517-590** | |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Vancouver Island Brewery**<br>**2330 Government Street**<br>**Victoria, BC V8T 5G5 Canada** |
| | List the contract number of any government contract | 1317-287 | |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Vernal Brewing Company**<br>**55 S. 500 E**<br>**Vernal, UT 84078** |
| | List the contract number of any government contract | 47-1517-682 | |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Wandering Star Brewing Co.**<br>**11 Gifford Street**<br>**Pittsfield, MA 01201** |
| | List the contract number of any government contract | 1317-302 | |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Wellington Brewery**<br>**950 Woodlawn Rd. W.**<br>**Guelph, ON N1K 1B8 Canada** |
| | List the contract number of any government contract | 47-1618-371R3 | |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Wet Coast Brewing Company**<br>**6820 Kimball Drive Suite C**<br>**Gig Harbor, WA 98335** |
| | List the contract number of any government contract | 47-1518-684 | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Whalers Brewing Company** |
| | List the contract number of any government contract | | **1070 Kingstown Road** **Wakefield, RI 02879** |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Whole Foods Market Brewing** |
| | List the contract number of any government contract | **47-1517-579** | **1700 Post Oak Blvd** **Houston, TX 77056** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Wicks Brewing Co.** |
| | List the contract number of any government contract | | **11620 Sterling Ave. #C** **Riverside, CA 92503** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Wild Onion** |
| | List the contract number of any government contract | | **22221 Pepper Road** **Lake Barrington, IL 60010** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Wisconsin Dells Brewing Co.** |
| | List the contract number of any government contract | **47-1317-295** | **110 Wisconsin Dells Parkway S** **Wisconsin Dells, WI 53965** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **2 Years** | **Wood Grain Brewing Company** |
| | List the contract number of any government contract | **47-1517-667** | **101 South Phillips Avenue Suite 100** **Sioux Falls, SD 57104** |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 57 of 104

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

---

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **1 Year** | **Woodbridge Brewing LLC** |
| | List the contract number of any government contract | **47-1517-576R** | **dba Ornery Beer Company**<br>**PO Box 6428**<br>**Woodbridge, VA 22195** |

---

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | **3 Years** | **Wops Hops Brewing Company** |
| | List the contract number of any government contract | | **419 Sanford Avenue**<br>**Sanford, FL 32771** |

---

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Hop and Hop Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **4 Years** | **Wyckoff Farms Inc.** |
| | List the contract number of any government contract | | **Northwest Farm Credit Services, PCA**<br>**Grandview, WA 98930** |

---

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Yakima Craft Brewing Co.** |
| | List the contract number of any government contract | | **2920 River Road #6**<br>**Yakima, WA 98902** |

---

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Yakima Valley Hops** |
| | List the contract number of any government contract | | **702 N 1st Ave**<br>**Yakima, WA 98902** |

---

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | **Zero Issue Brewing**<br>**4212 12th Street NE**<br>**Calgary, Alberta, Canada T2E 6K9** |
|---|---|---|---|

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 58 of 104

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **1 Year** |
|---|---|---|
| | List the contract number of any government contract | **47-17-897** |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Zilker Brewing Company**<br>**1701 E. 6th Street**<br>**Austin, TX 78702** |
| | List the contract number of any government contract | | |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Brewery Contract** | |
|---|---|---|---|
| | State the term remaining | | **Zipline Brewing Co**<br>**2100 Magnum Circle Ste 1**<br>**Lincoln, NE 68522** |
| | List the contract number of any government contract | | |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 59 of 104

**Fill in this information to identify the case:**

Debtor name        **47 Hops LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Anastasia MacKinnon** | **2410 Naches Heights Road Yakima, WA 98908** | **Columbia State Bank** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.2 **Anastasia MacKinnon** | **2410 Naches Heights Road Yakima, WA 98908** | **Columbia State Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Douglas MacKinnon** | **2410 Naches Heights Road Yakima, WA 98908** | **Columbia State Bank** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.4 **Douglas MacKinnon** | **2410 Naches Heights Road Yakima, WA 98908** | **Columbia State Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

## Fill in this information to identify the case:

Debtor name **47 Hops LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,601,757.46** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$10,647,477.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$7,134,762.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Beer Society**<br>**1711/8 Dorcas Street**<br>**Southbank, VIC 3006** | **6/7/17:**<br>**$7,500;**<br>**6/12/17:**<br>**$7,500;**<br>**6/19/17:**<br>**$7,500;**<br>**7/3/17:**<br>**$7,500;**<br>**7/7/17:**<br>**$5,096** | **$35,096.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commission** |
| 3.2. **CLS Farms, LLC**<br>**7810 Robillard Road**<br>**Moxee, WA 98936** | **5/15/17:**<br>**$101,317.58;**<br>**6/19/17:**<br>**$101,317.59** | **$202,635.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Continuous Gutter and Roofing Co.**<br>**LLC**<br>**PO Box 10475**<br>**Yakima, WA 98909** | **5/31/17:**<br>**$22,685.97;**<br>**8/1/17:**<br>**$25,309.87** | **$47,995.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Cornerstone Ranches, LLC**<br>**PO Box 392**<br>**Toppenish, WA 98948** | **5/15/17:**<br>**$105,407.48;**<br>**6/19/17:**<br>**$105,407.47** | **$210,814.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094** | **5/15/17:**<br>**$3,773.71;**<br>**5/31/17:**<br>**$4,813.71;**<br>**6/15/17:**<br>**$16,032.88;**<br>**6/30/17:**<br>**$8,589.66;**<br>**7/19/17:**<br>**$7,019.66;**<br>**8/1/17:**<br>**$7,279.32;**<br>**8/10/17:**<br>**$4,962.15** | **$52,471.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Fruit Packers Supply**<br>**1102 N. 16th Avenue**<br>**Yakima, WA 98902** | **5/31/17:**<br>**$42,550.32;**<br>**6/30/17:**<br>**$12,480** | **$55,030.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 62 of 104

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7.   **MacKinnon Holdings LLC**<br>**2410 Naches Heights Road**<br>**Yakima, WA 98908** | **5/31/17:**<br>**$20,000;**<br>**6/30/17:**<br>**$20,000** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.8.   **Marina D. Guryanova**<br>**2410 Naches Heights Road**<br>**Yakima, WA 98908** | **5/31/17:**<br>**$4,000;**<br>**6/30/17:**<br>**$4,000;**<br>**8/1/17:**<br>**$4,000** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.9.   **Moss Adams, LLP**<br>**PO Box 748369**<br>**Los Angeles, CA 90074** | **5/15/17** | **$20,624.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10   **Obendorf Hop Inc.**<br>.   **24034 Batt Corner Road**<br>**Parma, ID 83660** | **5/15/17:**<br>**$90,076.23;**<br>**6/15/17:**<br>**$90,076.22** | **$180,152.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11   **Roy Farms**<br>.   **401 Walters Road**<br>**Moxee, WA 98936** | **5/15/17:**<br>**$15,797.76;**<br>**5/31/17:**<br>**$1,735.92;**<br>**6/30/17:**<br>**$1,735.92;**<br>**7/19/17:**<br>**$850.20;**<br>**8/1/17:**<br>**$1,735.92** | **$21,855.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12   **Wyckoff Farms Inc.**<br>.   **PO Box 249**<br>**Grandview, WA 98930** | **5/15/17:**<br>**$433,502.81;**<br>**6/1/17:**<br>**$547,680** | **$981,182.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13   **BioRev LLC**<br>.   **c/o Harvard Business Services, Inc.**<br>**16192 Coastal Hwy**<br>**Lewes, DE 19958** | **8/4/17** | **$14,850.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.14. | **Dunbar Electric Inc.**<br>211 Barnes Road<br>Yakima, WA 98909 | 7/19/17 | $14,760.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **HQ Packaging**<br>1976 S Sepulveda Blvd<br>Los Angeles, CA 90025 | 6/30/17 | $23,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.16. | **Kuehne & Nagel, Inc**<br>PO Box 894095<br>Los Angeles, CA 90189-4095 | 6/30/17:<br>$9,429.77;<br>8/1/17: $967;<br>8/1/17:<br>$8,302.19 | $18,698.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. | **Liberty Mutual Insurance**<br>PO Box 85840<br>San Diego, CA 92186 | 5/15/17:<br>$4,606.33;<br>6/15/17:<br>$4,606.33;<br>8/10/17:<br>$5,893.50 | $15,106.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.18. | **Pacific Power Electric**<br>PO Box 26000<br>Portland, OR 97256 | 5/15/17:<br>$1,570.49;<br>6/15/17:<br>$1,637.74;<br>6/15/17:<br>$581.87;<br>6/15/17:<br>$4,619.40;<br>7/19/17:<br>$8,437.74;<br>8/10/17:<br>$8,750.32 | $25,597.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Regence Blueshield**<br>1800 9th Ave<br>Seattle, WA 98101 | 5/31/17:<br>$4,568.94;<br>6/30/17:<br>$3,183.14;<br>8/1/17:<br>$4,064.24 | $11,816.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.20. | **Stokes Lawrence, PS**<br>1420 5th Ave<br>Suite 3000<br>Seattle, WA 98101 | 5/15/17:<br>$3,688.50;<br>6/15/17:<br>$4,345;<br>6/30/17: $70;<br>8/10/17: $910 | $9,013.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.21. **Chase Bank**<br>PO Box 94014<br>Palatine, IL 60094 | 6/12/17:<br>$11,852.78;<br>6/12/17:<br>$25,426.41;<br>7/5/17:<br>$11,037.66;<br>7/5/17:<br>$10,801.34<br>8/1/17:<br>$7,329.55;<br>8/1/17:<br>$11,354.22 | $77,801.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Chase Visa #1357 and**<br>**#2217** |
| 3.22. **Pro West** | 6/29/17:<br>$28,120.83;<br>6/30/17:<br>$4,494.91;<br>8/10/17:<br>$9,784.04 | $42,399.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cat Walk** |
| 3.23. **Internal Revenue Service**<br>IRS, Stop 6525<br>Kansas City, MO 64999 | 6/21/17:<br>$11,341.25;<br>6/28/17:<br>$79.44;<br>7/5/17:<br>$11,097.86;<br>7/21/17:<br>$11,276.72 | $33,795.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Federal Taxes**<br>**(941/944)** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **SIA 47 Hops**<br>Sudrabu Edzus iela 5-11<br>Jelgava, Latvia<br>Affiliate, owned by same principals | 4/25/17:<br>$44,283.44<br>5/8/17: $<br>6/12/17: $ | $293,899.44 | **Hops purchase.** |

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 65 of 104

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **47 Hops LLC vs Figueroa Mountain Brewing**<br>**16-2-02854-39** | **Complaint for Damages for Breach of Contract** | **Yakima County Superior Court**<br>**128 N 2nd Street**<br>**Room 314**<br>**Yakima, WA 98901-2639** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **47 Hops, LLC vs Hops Canada**<br>**17-2-00974-39** | **Complaint for Damages for Breach of Contract -- judgment entered** | **Yakima County Superior Court**<br>**128 N 2nd Street**<br>**Room 314**<br>**Yakima, WA 98901-2639** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Wells & Jarvis, P.S.** **500 Union Street** **Suite 502** **Seattle, WA 98101** | | 6/28/17 | $5,841.00 |
| Email or website address **www.wellsandjarvis.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Wenokur Riordan PLLC** **600 Stewart Street** **Suite 1300** **Seattle, WA 98101** | **Attorney Fees** | 8/7/17: $15,430; 8/11/17: $25,720 | $41,150.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **2410 Naches Heights Road** **Yakima, WA 98901** | **3/12/2013 - 4/1/2015** |

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | **6 South 2nd Street Suite 605 Yakima, WA 98901** | **4/1/2015 - 6/1/2015** |

**Part 8:**      **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**      **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**      **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Banner Bank** | **XXXX-5538** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | **8/26/15** | **$1,492,594.82** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Prepaid Inventory | 2301 Oak Avenue Yakima, WA 98903 | Paid inventory held for customers: 265,901 lbs. | $4,793,410.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Third-Party Hops (non-inventory) | 2301 Oak Avenue Yakima, WA 98903 | Hops stored for and belonging to third parties: 71,280 lbs. | $363,792.00 |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **BioRev LLC**<br>c/o Harvard Business Services, Inc.<br>16192 Coastal Hwy<br>Lewes, DE 19958 | **Buys and sells hops on limited basis.** | EIN:<br><br>From-To **12/3/12 - Present** |
| 25.2. **MacKara Corporation**<br>PO Box 10747<br>Yakima, WA 98907 | **Built ERP software program for 47 Hops.** | EIN:<br><br>From-To **8/5/15 - Present** |
| 25.3. **Chingis L.L.C.**<br>PO Box 1747<br>Yakima, WA 98907 | **Previously used to lend money to other entities.** | EIN: **27-2816905**<br><br>From-To **6/2/2010 - Present** |
| 25.4. **Darba Group Inc.**<br>PO Box 10747<br>Yakima, WA 98909 | **Previously used to sell hops internationally.** | EIN: **26-1186349**<br><br>From-To **9/25/2007 - Present** |
| 25.5. **MacKinnon Farms LLC**<br>PO Box 10747<br>Yakima, WA 98909 | **Business not currently being used.** | EIN: **98-0558021**<br><br>From-To **9/9/2003 - Present** |
| 25.6. **MacKinnon Holdings LLC**<br>2410 Naches Heights Road<br>Yakima, WA 98908 | **Owns warehouses rented by 47 Hops and other properties.** | EIN: **27-2883844**<br><br>From-To **6/18/2010 - Present** |
| 25.7. **MacKinnon Industries LLC**<br>2410 Naches Heights Road<br>Yakima, WA 98908 | **R&D ag tech project.** | EIN: **81-2876064**<br><br>From-To **6/3/2016 - Present** |
| 25.8. **Naches Heights Brewery LLC**<br>c/o Douglas MacKinnon<br>2410 Naches Heights Rd<br>Yakima, WA 98908 | **Dissolved** | EIN:<br><br>From-To **1/24/2012 - 5/1/2015** |

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 70 of 104

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.9. **Naches Heights Glamping LLC**<br>**c/o Douglas MacKinnon**<br>**2410 Naches Heights Rd**<br>**Yakima, WA 98908** | **Provided overnight accommodations at winery and tasting room** | EIN: **45-3581109**<br><br>From-To **10/3/2011 - 2/3/2014** |
| 25.10 **Naches Heights Weddings and Events LLC**<br>**c/o Douglas MacKinnon**<br>**2410 Naches Heights Rd**<br>**Yakima, WA 98908** | **Organized weddings and events at winery and tasting room** | EIN: **45-3581303**<br><br>From-To **10/5/2011 - 2/2/2015** |
| 25.11 **Rally For Change**<br>**c/o Douglas MacKinnon**<br>**2410 Naches Heights Rd**<br>**Yakima, WA 98908** | **Non-Profit fundraising organization** | EIN:<br><br>From-To **9/2/2011 - 1/4/2016** |
| 25.12 **Schmingledorf Inc.**<br>**c/o Cogency Global Inc.**<br>**850 New Burton Rd**<br>**Suite 201**<br>**Dover, DE 19904** | **Acts as an IC-Disc for international hop transactions.** | EIN:<br><br>From-To **4/15/2014 - Present** |
| 25.13 **SIA 47 Hops**<br>**Sudrabu Edzus iela 5 - 11**<br>**Jelgava, Latvia** | **Buys hops from European companies and sells to 47 Hops.** | EIN: **VAT#: LV43603060717**<br><br>From-To **11/26/2013 - Present** |
| 25.14 **SIA Spectre**<br>**Sudrabu Edzus iela 5 - 11**<br>**Jelgava, Latvia** | **Buys hops from one European company and sells to 47 Hops.** | EIN: **VAT#: LV43603039980**<br><br>From-To **9/14/2009 - Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Rhonda Liebert**<br>**4504 Kimberely Place**<br>**Yakima, WA 98908** | **4/17/2015 - Present** |
| 26a.2. **Alegria & Company P.S.**<br>**601 North 39th Avenue**<br>**Yakima, WA 98902** | **7/25/17 - Present** |
| 26a.3. **Moss Adams**<br>**402 E Yakima Ave, Suite 110**<br>**PO Box 22650**<br>**Yakima, WA 98907** | **January 2013 - July 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 71 of 104

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Moss Adams**<br>**PO Box 748369**<br>**Los Angeles, CA 90074** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Columbia Bank**<br>**10 N 5th Avenue**<br>**Yakima, WA 98902** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Doug MacKinnon** | **8/9/17** | **$3,415,777.84** |
| | Name and address of the person who has possession of inventory records | | |
| | **47 Hops LLC**<br>**2516 South 23rd Avenue**<br>**Yakima, WA 98903** | | |
| 27.2. | **Doug MacKinnon** | **7/20/17** | **$3,415,777.84** |
| | Name and address of the person who has possession of inventory records | | |
| | **47 Hops LLC**<br>**2516 South 23rd Avenue**<br>**Yakima, WA 98903** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anastasia MacKinnon** | **2410 Naches Heights Rd.**<br>**Yakima, WA 98908** | **Vice President** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Doug MacKinnon** | **2410 Naches Heights Rd.**<br>**Yakima, WA 98908** | **President** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Douglas MacKinnon**<br>**2410 Naches Heights Rd**<br>**Yakima, WA 98901** | annual salary: $250,000 | | |
| | **Relationship to debtor**<br>member | | | |
| 30.2 | **Anastasia MacKinnon**<br>**2410 Naches Heights Rd**<br>**Yakima, WA 98901** | annual salary: $175,000 | | |
| | **Relationship to debtor**<br>member | | | |
| 30.3 | **Douglas MacKinnon**<br>**2410 Naches Heights Road**<br>**Yakima, WA 98908** | Draws: $290,000 | | |
| | **Relationship to debtor**<br>Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

17-02440-FLK11    Doc 1    Filed 08/11/17    Entered 08/11/17 15:36:56    Pg 73 of 104

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 11, 2017**

**/s/ Douglas MacKinnon**                          **Douglas MacKinnon**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re    __47 Hops LLC__ _____    Case No. _____

                                     Debtor(s)          Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept .................................................   $     __41,150.00__

       Prior to the filing of this statement I have received ................................   $     __41,150.00__

       Balance Due ................................................................................................   $     __0.00__

2.   The source of the compensation paid to me was:

       ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

       ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

       a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       d. [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__August 11, 2017__ _____      /s/ Nathan Riordan _____
_Date_                                                **Nathan Riordan**
                                                   _Signature of Attorney_
                                                   **Riordan Law, PS**
                                                   **600 Stewart Street**
                                                   **Suite 1300**
                                                   **Seattle, WA 98101**
                                                   **206-903-0401   Fax: 206-219-4141**
                                                   **nate@riordan-law.com**
                                                   _Name of law firm_

# United States Bankruptcy Court
## Eastern District of Washington

In re    __47 Hops LLC__                                         Case No. _____
<br>                                             Debtor(s)           Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __August 11, 2017__                  Signature    __/s/ Douglas MacKinnon__
<br>                                                                        __Douglas MacKinnon__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of Washington

In re    **47 Hops LLC**                      Case No. _____

                                     Debtor(s)            Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 11, 2017**                    **/s/ Douglas MacKinnon**

                                                 **Douglas MacKinnon**/**President**
                                                 Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

47 Hops LLC
P.O. Box 10747
Yakima, WA 98909


Nathan Riordan
Riordan Law, PS
600 Stewart Street
Suite 1300
Seattle, WA 98101


515 Brewing Company
7700 University Ave
Clive, IA 50325


8th Wonder Brewery
2202 Dallas Street
Houston, TX 77003


Able Seedhouse and Brewery
1121 Quincy Street NE
Minneapolis, MN 55413


Alvarado Street Brewery
426 Alvarado Street
Monterey, CA 93940


Angry Erik Brewing
10 Millpond Drive Unit 8
Lafayette, NJ 07848


Annen Bros., Inc.
14358 Dominic Rd NE
Mount Angel, OR 97362


Appalachian Mountain Brewery
163 Boone Creek Drive
Boone, NC 28607

Arizona Wilderness Brewing
721 N Arizona Ave
Gilbert, AZ 85233


Austin Beerworks
3009 Industrial Terrace
Austin, TX 78758


Bad Jimmys Brewing Co.
4358B NW Leary Way
Seattle, WA 98107


Baere Brewing Co
320 Broadway Unit E
Denver, CO 80203


Ballad Brewing Company
600 Craghead Street
Danville, VA 24541


Bank Brewing Co
218 S. Main Street
Hendricks, MN 56136


Barley Forge Brewing Co.
2957 Randolph Ave. Unit B
Costa Mesa, CA 92626


Bauhaus Brew Lads
1315 Tyler St. NE
Minneapolis, MN 55413


Bearded Iris Brewing Company LLC
101 Van Buren St.
Nashville, TN 37216

Bent River Brewing Co.
512 24th Street
Rock Island, IL 61201


Berkley Beer Company
17 Cotley Street
Berkely, MA 02779


Berkshire Brewing Co.
12 Railroad Street
South Deerfield, MA 01373


Big Frog Brewing Company
2122 Dayton Blvd.
Red Bank, TN 37415


Big Rack Brew Haus
2475 Hiatt Apple Trail Road
Winterset, IA 50273


Big Timber Brewing
1210 S. Davis Avenue
Elkins, WV 26241


Bitter Brothers Brewing Co
4170 Morena Blvd.
San Diego, CA 92117


Black Sands Brewing
701 Haight Street
San Francisco, CA 94117


Bloodline Brewing Co.
2480 Osage Ave
Santa Rosa, CA 95409

Bluejacket Brewery
300 Tingey St. SE
Washington, DC 20003


Bog Iron Brewing Company
33 West Main Street Unit F
Norton, MA 02766


Bowigens Beer Company
539 Freeman Street
Longwood, FL 32750


Brasserie Dunham
3809 Rue Principale
Dunham, QC J0E 1M0 Canada


Brew Culture Inc.
18 Armstrong Street Unit A
Bracebridge, BC P1L 1C1 Canada


Bright Ideas Brewing
111 Mass MoCA Way
North Adams, MA 01247


Broad Street Brewing
113 Broad Street
Reinbeck, IA 50669


Buffalo Bayou Brewing Company
5301 Nolda Street
Houston, TX 77007


Canton Brew Works LLC
254 Princeton Street
Canton, WI 48188

Catskill Brewing Co.
672 Old Route 17
Livingston Manor, NY 12758


Central Standard Brewing
156 S. Greenwood
Wichita, KS 67211


Cerebral Brewing
1477 Monroe Street
Denver, CO 80206


Cerveceria Encino
Avenue Cuchuma 66-2
Tecate, Baja California 21440


Cerveceria Mamut
Carrillo Puerto y o Tercera 8161
Zona Centro Tijuana, B.C., Mexico


Chapman Crafted Beer Company
123 N Cypress Street
Orange, CA 92866


Chattahoochee Brewing Company
4115 Sanfort Road
Phenix City, AL 36869


Chestnut Brew Works LLC
444 Brockway Avenue
Morgantown, WV 26508


Clipper City Brewing
4615 Hollins Ferry Road #B
Baltimore, MD 21227

CLS Farms LLC
7810 Robillard Rd.
Moxee, WA 98936


Columbia State Bank
CBC Yakima
10 N 5th Ave
Yakima, WA 98902


Community Beer Company
1530 Inspiration Drive, Suite 200
Dallas, TX 75207


Comrade Brewing Co
7667 E. Lliff Ave #F
Denver, CO 80231


Confluence Brewing Company
1235 Thomas Beck Rd.
Suite A
Des Moines, IA 50315


Cornerstone Ranches, LLC
Banner Bank
Kennewick, WA 99336


Coronado Brewing Co.
170 Orange Ave
Coronado, CA 92118


Cottrell Brewing Co.
100 Mechanic Street
Pawcatuck, CT 06379


Council Brewing Company
7705 Convoy Court
San Diego, CA 92111

Crime & Punishment Brewing Co.
2711 W. Girard Avenue
Philadelphia, PA 19130


Crucible Brewing
4220 146th Pl. SW
Lynnwood, WA 98087


D9 Brewing Co.
18627 Northline Drive, Unit E
Cornelius, NC 28036


Dark City Brewing Company
801 Second Avenue
Asbury Park, NJ 07712


Dark Sky Brewing Company
117 N. Beaver Stret Suite A
Flagstaff, AZ 86001


deBine Brewing Co
993 Florida Ave
Palm Harbor, FL 34683


Deep Water Brewing Co.
PO Box 346
Blue Hill, ME 04614


Departed Soles Brewing Co.
150 Bay St, Commercial Side
Suite 2A
Jersey City, NJ 07302


DER Hops LLC
Banner Bank
Yakima, WA 98902

Deschutes Brewery
210 NW 11th Avenue
Portland, OR 97209


Door County Brewing Company
2434 County Road F
Bailey's Harbor, WI 54202


DT Brewing Co.
8250 Utah Street
Merrillville, IN 46410


Due South Brewing
2900 High Ridge Road #3
Boynton Beach, FL 33426


Eagle Rock Brewery
3056 Roswell Street
Los Angeles, CA 90065


Emmetts Brewing Co
110 N. Brockway St
Palatine, IL 60067


Engine House No. 9 Brewing
611 North Pine Street
Tacoma, WA 98406


Eureka Heights Brewing Company
941 W. 18th Street
Houston, TX 77008


Exhibit A Brewing Company
81 Morton Street
Framingham, MA 01702

F-Town Brewing Company LLC
22 3th Street NE
Faribault, MN 55021


Fernson Brewing Company
1400 E. Robur Drive
Sioux Falls, SD 57104


Figueroa Mountain Brewing Co.
45 Industrial Way
Buellton, CA 93427


Flat Branch Pub and Brewing
115 S. 5th Street
Columbia, MO 65201


Fonta Flora Brewing Co.
PO BOX 1541
Morganton, NC 28655


Fort George Brewery
1483 Duane Street
Astoria, OR 97103


Fort Point Beer Company
644 Mason Street
San Francisco, CA 94129


Four Corners Brewing Co.
423 Singleton Blvd.
Dallas, TX 75212


Four Sons Brewing
18421 Gothard Street. #100
Huntington Beach, CA 92648

Freak N' Brewing Company
9299 W. Olive Ave Suite 513
Peoria, AZ 85345


Front Range Hop Company
1240 Ken Pratt Blvd.
Longmont, CO 80501


Funky Buddha Brewery
1201 NE 38th Street
Oakland Park, FL 33334


Ghost Train Brewing Company Inc
PO BOX 59113
Birmingham, AL 35259


Gig Harbor Brewing
3120 S Tacoma Way
Suite A
Tacoma, WA 98409


Glacier Hops Ranch
412 Main Street
Kalispell, MT 59901


Goldhorn Brewery
1361 E. 55th Street
Cleveland, OH 44103


Goshen Brewing Co.
315 W. Washington Street
Goshen, IN 46526


Great Basin Brewing Company
1155 S. Rock Blvd #490
Reno, NV 89502

Green Acre Farms Inc.
6970 Fort Road
Wapato, WA 98951


Griffin Claw Brewing Company
575 South Eaton Street
Birmingham, MI 48009


Half Full Brewery
43 Homestead Ave
Stamford, CT 06902


Half Moon Bay Brewing Company
390 Capistrano Road
Half Moon Bay, CA 94019


Hardywood Park Craft Brewery
2408 Ownby Lane
Richmond, VA 23220


Headlands Brewing Co.
16 Forrest Street
Mill Valley, CA 94941


Heritage Brewing
9436 Center Point Lane
Manassas, VA 20110


Hermitage Brewing Co.
1627 S. 7th Street
San Jose, CA 95112


High Hops Brewery
6461 Hwy 392
Windsor, CO 80550

Holy Mountain Brewing Co.
1421 Elliott Ave W
Seattle, WA 98119


HomeBeer/Wine Cheese
22836-2 Ventura Blvd
Woodland Hills, CA 91364


Hop Heaven
2005 10th Street
Baker City, OR 97814


Hopco Pty. Ltd.
58 Walana Street
Geilston Bay, TA 7015 Australia


HopHouse Brewing Supply
310 Jamaica Ave
Medford, NY 11763


Hops Canada
1397 Sunshine Court
Kamloops, BC Canada V2E 2P9


Hutton & Smith Brewing
431 E. Martin Luther King Blvd.
Chattanooga, TN 37403


Island Brewing Company
5049 Sixth Street
Carpinteria, CA 93013


Jailbreak Brewing Co.
9445 Washington Blvd N. Suite F
Laurel, MD 20723

Jason Ayres
Farleigh Wada Witt
121 SW Morrison St, Suite 600
Portland, OR 97204


JJs Brewery and Beer Garden
3615 N. Steele Blvd
Fayetteville, AR 72703


King Harbor Brewing Co
2907 182nd Street
Redondo Beach, CA 90278


Kirkwood Station Brewing
105 E. Jefferson Ave
Kirkwood, MO 63122


Kohola Brewery
13929 Swiftrun Street
Moorpark, CA 93021


La Cabra Brewing
240 Lancaster Avenue
Malvern, PA 01935


Lickinghole Creek Craft Brewer
4100 Knolls Point Drive
Goochland, VA 23063


Lionstone Brewing Co
1225 S. Oakwood Ave
Geneseo, IL 61254


Liquid Mechanics
297 N US Hwy 287
Suite 100
Lafayette, CO 80026

Logboat Brewing Co
504 Fay Street
Columbia, MO 65201


Loma Brewing Company
130 N. Santa Cruz Ave Suite G
Los Gatos, CA 95030


Lord Hobo Brewing Company
5 Draper Street
Woburn, MA 01801


Lost 40 Brewing
501 Byrd Street
Little Rock, AR 72202


Lucky Town Brewing Co.
PO BOX 1154
Jackson, MS 39215


Lupofresh Ltd.
Benover Road
Yalding, Kent ME18 6ET


M.I.A. Brewing
10400 NW 33rd Street
Doral, FL 33172


MacKinnon Holdings LLC
2410 Naches Heights Road
Yakima, WA 98908


Manor Hill Brewing
4411 Manor Lane
Ellicott City, MD 21042

Marina D. Guryanova
2410 Naches Heights Road
Yakima, WA 98908


McKenzie Brew House
451 Wilmington Ave
West Chester Pike
Glen Mills, PA 19342


Melvin Brewing Company
PO BOX 3314
Alpine, WY 83128


Microbrasserie Archibald
1530 ave des Affaires
Quebec, Qc G3J 1Y8, Canada


Modern Times Beer
3725 Greenwood Street
San Diego, CA 92110


Moscow Brewing Company
JSC, Vokzalnaya ploshad
2 Moscow Region, Russia


Motorworks Brewing LLC
1014 9th Street W.
Bradenton, FL 34205


Moustache Brewing Co
400 Hallett Ave
Riverhead, NY 11901


Mudshark Brewing Co.
PO BOX 3300
Lake Havasu City, AZ 86405

Music City Brew Supply
PO BOX 2702
Hendersonville, TN 37077


New Bohemia Brewing Co.
1030 41st Ave
Santa Cruz, CA 95062


New Province Brewing
1310 W. Hudson Road
Rogers, AR 72756


NoDa Brewing Co
2921 N. Tyron Street
Charlotte, NC 28206


NOLA Brewing Co.
3001 Tchoupitoulas Street
New Orleans, LA 70115


NWP Partners
20810 Turku Finland


Obendorf Hop Inc.
24034 Batt Corner Rd.
Parma, ID 83660


Ocean Taps LLC
dba Assawoman Bay Brewing Co.
4435-C Coastal Highway
Ocean City, MD 21842


Ocelot Brewing Company
23600 Overland Dr. Suite #180
Dulles, VA 20166

Old Boxar Brewing
dba Branchline Brewing
3633 Metro Parkway
San Antonio, TX 78247


Omaha Brewing Company
265 Brew Street
Omaha, GA 31821


Osgood Brewing
4051 Chicago Drive SW
Grandville, MI 49418


Outer Banks Brewing Station
600 S Croatan Hwy
Kill Devil Hills, NC 27948


Paragon Brewing
5785 N Government Way
Coeur D Alene, ID 83815


Pearl Street Brewery
1401 Saint Andrew Street
La Crosse, WI 54603


Peter Bs BrewPub
2 Portola Plaza
Monterey, CA 93940


Poseidon Brewing Company
5777 Olivas Park Drive
Unit Q
Ventura, CA 93003


Potter's Ale House
Lake Stevens, WA

Powerhouse Brewery
454 East Main
Puyallup, WA 98372


Ratio Beerworks
2920 Larimer Street
Denver, CO 80205


Realerevival Brewing
504 Poplar Street
Cambridge, MD 21613


Red Cypress Brewery
855 E. State Road Unit 434
Winter Springs, FL 32708


Red Hills Brewing Company
2823 Central Avenue Suite 107
Homewood, AL 35209


Red Horn Brewing
13010 W. Parmer Lane Suite 800
Cedar Park, TX 78613


Reformation Brewery
500 Arnold Mill Way
Woodstock, GA 30188


Revolver Brewing
5650 Matlock Road
Granbury, TX 76049


Right Proper Brewing Company
920 Girard Street NE
Washington, DC 20017

Riot Beer
145 Sir Lowry Rd.
Woodstock, Cape Town 8000
South Africa


Rockingham Brewing Co
1 Corporate Park Drive Unit 1
Derry, NH 03038


Roy Farms, Inc.
401 Walters Rd
Moxee, WA 98936


Rushing Duck Brewing Co
1 Battiato Lane
Chester, NY 10918


Santa Clara Valley Brewing
101 E. Alma Avenue
San Jose, CA 95112


Scott Laboratories Ltd
950 Brock Road South Unit 1
Pickering, ON L1W 2A1 Canada


Scottsdale Beer Company
8608 E. Shea Blvd
Scottsdale, AZ 85260


Silver City Brewery
206 Katy Penman Ave
Bremerton, WA 98312


Singlecut Beersmiths
19-33 37th Street
Astoria, NY 11105

Six Ten Brewing
7052 Benjamin Road
Tampa, FL 33634


Skewed Brewing
21182 Salmon Run Mall
Watertown, NY 13601


Skookum Brewery
17925A 59th Ave NE
Arlington, WA 98223


Slack Tide Brewing
1072 New Jersey 83
Clermont, NJ 08210


SloHops d.o.o.
Latkova vas 45, SI-3312
Prebold, Slovenia


Solemn Oath Brewery LLC
1661 Quincy Ave # 179
Naperville, IL 60540


Sound Brewery
19479 Viking Avenue NW
Poulsbo, WA 98370


Springfield Brewing Co.
305 S. Market Street
Springfield, MO 65806


St. Florian's Brewery
7704-A Bell Road
Windsor, CA 95492

Stan Brulotte Loza Farms Inc.
350 Brown Road
Wapato, WA 98951


Stone Brewing Co.
2120 Harmony Grove Rd
Escondido, CA 92029


Stone Brewing Company
2611 Cabot Drive Suite 160
Corona, CA 92883


Straight to Ale
3200 Leeman Ferry Road
Huntsville, AL 35801


Take 16 Brewing Company
509 East Main Street
Luverne, MN 56156


TecBeer Com. Distr. Import
Export De Insumos LTDA Rua Osvaldo
Scognamigilo 68 Mogi Das Cruzes, SP
08735-330 Brazil


Tenaya Creek Brewery
831 W. Bonanza Road
Las Vegas, NV 89106


The Dudes' Brewing Company
PO Box 276
Somis, CA 93066


The Hourglass Brewery
480 S. Ronald Reagan Blvd
Suite 1020
Longwood, FL 32750

The Knuckle Brewing Company
918 2nd Street
Sturgis, SD 57785


The Ram Restaurant & Brewery
401 NE Northgate Way
Suite 1102
Seattle, WA 98125


The Virginia Beer Company
401 Second Street
Williamsburg, VA 23185


Three Huskies Brewing
401 Lakeshore Drive
Canandaigua, NY 14424


Three Palms Brewing
1509 Hobbs Street
Tampa, FL 33619


Top Hop Ltd.
Jilska 2, 1100 00
Praha 1, Czech Republic


Transmitter Brewing
53-02 11th Street Suite A
Long Island City, NY 11101


Trap Door Brewing
2315 Main Street
Vancouver, WA 98660


Trickster's Brewing Co.
3850 Schreiber Way
Coeur D Alene, ID 83815

Triple C Brewing Co.
2900 Grittith Street
Charlotte, NC 28203


Triple Voodoo Brewery & Tap Room
2245 3rd Street
San Francisco, CA 94107


True Vine Brewing
219 S. Englewood Ave
Tyler, TX 75702


Tuckahoe Brewing Company
3092 English Creek Ave
Egg Harbor Township, NJ 08234


Turoni's Main Street Brewery
412 N. Main Street
Evansville, IN 47711


Twisted Trunk Brewking Co.
2000 PGA Blvd.
Suite 5506
Palm Beach Gardens, FL 33408


Twisted Vine Brewery
3021 St. Charles Road
Saint Charles, IA 50240


Uinta Brewing
1722 S. Fremont Drive
Salt Lake City, UT 84104


Unsung Brewing Co
1332 Bell Ave #2D
Tustin, CA 92780

Urban Growler Brewing Company
2325 Endicott Street Ste. 11
St. Paul, MN 55114


Vancouver Island Brewery
2330 Government Street
Victoria, BC V8T 5G5 Canada


Vernal Brewing Company
55 S. 500 E
Vernal, UT 84078


Wandering Star Brewing Co.
11 Gifford Street
Pittsfield, MA 01201


Wellington Brewery
950 Woodlawn Rd. W.
Guelph, ON N1K 1B8 Canada


Wet Coast Brewing Company
6820 Kimball Drive Suite C
Gig Harbor, WA 98335


Whalers Brewing Company
1070 Kingstown Road
Wakefield, RI 02879


Whole Foods Market Brewing
1700 Post Oak Blvd
Houston, TX 77056


Wicks Brewing Co.
11620 Sterling Ave. #C
Riverside, CA 92503

Wild Onion
22221 Pepper Road
Lake Barrington, IL 60010


Wisconsin Dells Brewing Co.
110 Wisconsin Dells Parkway S
Wisconsin Dells, WI 53965


Wood Grain Brewing Company
101 South Phillips Avenue Suite 100
Sioux Falls, SD 57104


Woodbridge Brewing LLC
dba Ornery Beer Company
PO Box 6428
Woodbridge, VA 22195


Wops Hops Brewing Company
419 Sanford Avenue
Sanford, FL 32771


Wyckoff Farms Inc.
Northwest Farm Credit Services, PCA
Grandview, WA 98930


Yakima Craft Brewing Co.
2920 River Road #6
Yakima, WA 98902


Yakima Valley Hops
702 N 1st Ave
Yakima, WA 98902


Zero Issue Brewing
4212 12th Street NE
Calgary, Alberta, Canada T2E 6K9

```
Zilker Brewing Company
1701 E. 6th Street
Austin, TX 78702


Zipline Brewing Co
2100 Magnum Circle Ste 1
Lincoln, NE 68522
```

# United States Bankruptcy Court
## Eastern District of Washington

In re    <u>47 Hops LLC</u>

Debtor(s)

Case No. <u>              </u>

Chapter   <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>47 Hops LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>August 11, 2017</u>

Date

<u>/s/ Nathan Riordan</u>

**Nathan Riordan**

Signature of Attorney or Litigant

Counsel for   **47 Hops LLC**

**Riordan Law, PS**
**600 Stewart Street**
**Suite 1300**
**Seattle, WA 98101**
**206-903-0401 Fax:206-219-4141**
**nate@riordan-law.com**