# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON AT YAKIMA

In re:

47 HOPS LLC,

                    Debtor.

No. 17-02440

[**PROPOSED**] ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS WITH OBENDORF HOP INC.

THIS MATTER came on for hearing before the above entitled Court upon the Debtor's Motion to Authorize Rejection of Executory Contracts with Obendorf Hop Inc. (the "Motion"), pursuant to 11 USC § 365(a). The Court reviewed the files and records herein. The Court found that proper notice was given under the applicable rules, and that no party responded to the Motion, or that any objection to the Motion was considered and overruled.

Based upon the Motion, the accompanying Declaration of Douglas MacKinnon, prior submissions in this case, and any additional presentation of counsel, the Court concluded that the contracts at issue in the Motion are executory contracts subject to assumption or rejection, the Debtor has met its burden under the business judgment rule and applicable law, and it is in

ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS

Page 1 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

17-02440-FLK11   Doc 215-1   Filed 12/27/17   Entered 12/27/17 14:13:54   Pg 1 of 2

the best interests of the Debtor and the bankruptcy estate to reject the contracts that are the subject of this Motion. Now, therefore,

IT IS HEREBY ORDERED that the Debtor may reject the following executory contracts with Obendorf Hop Inc.:

1. Hop or Hop Product Purchase Agreement, Contract # 471519208 (El Dorado), dated October 2014; and

2. Hop or Hop Product Purchase Agreement, Contract # 471520047 (El Dorado), dated April 2015.

It is further

ORDERED that Obendorf Hop Inc. shall file any proof of claim for damages arising from rejection of the executory contracts listed herein no later than 21 calendar days from the date of entry of this Order.

/// **End of Order** ///

Presented by:

WENOKUR RIORDAN PLLC

/s/ *Alan J. Wenokur*
Alan J. Wenokur, WSBA #13679
Attorneys for Debtor

ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS

Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

17-02440-FLK11    Doc 215-1    Filed 12/27/17    Entered 12/27/17 14:13:54    Pg 2 of 2