JOHN R. RIZZARDI, WSBA No. 9388
Attorney for Unsecured Creditors' Committee
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
(206) 587-0700

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>47 HOPS, LLC ,<br><br>Debtor. | NO. 17-02440-FLK11<br><br>*EX PARTE* APPLICATION FOR ORDER DIRECTING RULE 2004 EXAMINATION OF DOUGLAS MACKINNON |

The Unsecured Creditors' Committee, by and through undersigned counsel, respectfully requests that the Court enter an order directing Douglas MacKinnon to (1) appear and testify relating to, among other things, the Debtor's First Amended Plan of Reorganization ("**First Amended Plan**"), the feasibility of same, the Debtor's affiliates, their operations, and intercompany transfers, on April 26, 2018[1] at a location in Yakima or Seattle, Washington, to be designated by the Committee, and (2) produce documents described in the Subpoena attached as Appendix A to the Order Directing 2004 Examination of Douglas MacKinnon submitted herewith on or before April 19, 2018.  Mr. MacKinnon's testimony will be audio-recorded, digitally recorded, and/or stenographically recorded.

---

[1] The Committee will work with Mr. MacKinnon to determine a date for examination prior to April 26, 2018.

*EX PARTE* APPLICATION FOR ORDER DIRECTING RULE 2004
EXAMINATION OF DOUGLAS MACKINNON - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

17-02440-FLK11    Doc 386    Filed 04/09/18    Entered 04/09/18 15:47:12    Pg 1 of 2

Bankruptcy Rule 2004 is quite broad and permits the examination of any entity as to a debtor's financial affairs, including, "any matter which may affect the administration of the debtor's estate," and in a chapter 11 reorganization case, "the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and . . . any other matter relevant to the case or to the formulation of a plan." Fed. R. Bank. P. 2004(b).

Here, the Committee believes that the records and information it seeks are necessary to a full understanding of pre-petition transfers from the Debtor to affiliates, including the MacKinnons, the best interests of creditors under 11 U.S.C. § 1129(a)(7)(A), the First Amended Plan, its feasibility, and the Committee's ability to continue to negotiate the terms of same. Accordingly, the Committee respectfully requests that the Court enter an Order granting this Application and directing Mr. MacKinnon to appear and testify at a date and time to be determined by the parties, and to produce the documents designated by the Subpoena Duces Tecum attached as Appendix A to the Order no later than **end of business day**, April 19, 2018.

RESPECTFULLY SUBMITTED this 9th day of April, 2018.

CAIRNCROSS & HEMPELMANN, P.S.

*/s/ John R. Rizzardi*
John R. Rizzardi WSBA No. 9388
E-mail: jrizzardi@cairncross.com
Christopher L. Young, WSBA No. 47977
E-mail: cyoung@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Unsecured Creditors' Committee

*EX PARTE* APPLICATION FOR ORDER DIRECTING RULE 2004 EXAMINATION OF DOUGLAS MACKINNON - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

17-02440-FLK11    Doc 386    Filed 04/09/18    Entered 04/09/18 15:47:12    Pg 2 of 2